IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02729-CMA-MJW

TIMOTHY HATTEN,

    Plaintiff,

v.

ISAAC FREEBORN,
MARNE BOYLE,
A. MERRITT,
B. GREENWOOD,
J.P. YOUNG,
RUSSELL DeGROOTE,
DR. JOHN DOE,
B. CINK,
E. REICHERT,
KEN EVERHART, and
GREGORY KIZZIAH,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 22 2010

GREGORY C. LANGHAM
                CLERK

---

## ORDER GRANTING SERVICE BY UNITED STATES MARSHAL

---

THIS CAUSE came before the Court on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. The Court has granted the Plaintiff leave to proceed *in forma pauperis*. It now is

ORDERED that, if appropriate, the Clerk shall attempt to obtain a waiver of service from the Defendants. If unable to do so, the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders upon the Defendants. If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d). All costs of service shall be advanced by the United States. It is

FURTHER ORDERED that the Defendants or counsel for the Defendants shall respond to the complaint as provided for in the Federal Rules of Civil Procedure after service of process on the Defendants.

DATED: March __19__, 2010

BY THE COURT:

*Christine M. Arguello*

CHRISTINE M. ARGUELLO
United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 09-cv-02729-CMA-MJW

Timothy Hatten
Reg. No. 27993-004
FCI – Oakdale
PO Box 5000
Oakdale, LA 71463

US Marshal Service
Service Clerk
Service forms for: Isaac Freeborn, Marne Boyle, A. Merritt, B. Greenwood,
J.P. Young, Russell DeGroote, B. Cink, E. Reichert, Ken Everhart, and Gregory Hizziah

United States Attorney
District of Colorado
**DELIVERED ELECTRONICALLY**

United States Attorney General  - **CERTIFIED**
Room 5111, Main Justice Bldg.
10th and Constitution, N.W.
Washington, D.C.  20530

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to the United States Marshal Service for service of process on Isaac Freeborn, Marne Boyle, A. Merritt, B. Greenwood, J.P. Young, Russell DeGroote, B. Cink, E. Reichert, Ken Everhart, and Gregory Hizziah; to United States Attorney General; and to the United States Attorney's Office: SECOND AMENDED COMPLAINT FILED 2/18/10, ORDER FILED 03/17/10, SUMMONS, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on 3/22/10   .

GREGORY C. LANGHAM, CLERK

By: _____
    Deputy Clerk