IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02729-CMA-MJW

TIMOTHY HATTEN,

Plaintiff,

v.

ISAAC FREEBORN, et al.,

Defendant.

---

**MINUTE ORDER**

---

**Entered by Magistrate Judge Michael J. Watanabe**

    It is hereby **ORDERED** that the Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915, filed on March 11, 2010 **(Docket No. 15)**, is **denied as moot**. Plaintiff was granted leave to commence this civil action pursuant to 28 U.S.C. § 1915 in an Order Granting Leave to Proceed Pursuant to 28 U.S.C. § 1915 issued by Magistrate Judge Boland on December 20, 2009 (Docket No. 6).

    It is further **ORDERED** that the Plaintiff's Request for Filing Fee to be Held in Abeyance Pending Institutional Transfer **(Docket No. 16)** is **granted**, and the plaintiff is excused from paying a partial filing fee for the month of March. The court notes, however, that the plaintiff's Inmate Statement shows several "sales," which appear to be commissary purchases. Plaintiff is advised that In the future, the court will **not** find cause to excuse a monthly partial fee payment if the plaintiff's inmate account statement shows that the plaintiff had income to satisfy his federal court filing fee obligation, yet he instead chose to fritter away his account.

Date: March 31, 2010