IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02729-CMA-MJW

TIMOTHY HATTEN,

    Plaintiff,

v.

ISAAC FREEBORN,
MARNE BOYLE,
A. MERRITT,
B. GREENWORD,
J.P. YOUNG,
RUSSELL DEGROOTE,
DR. JOHN DOE,
B. CINK,
E. REICHERT,
KEN EVERHART, and
GERGORY KIZZIAH,

    Defendants.

## ORDER TO CURE DEFICIENCY

Arguello, Judge

Plaintiff submitted a Notice of Appeal on May 5, 2010. The Court has determined that the document is deficient as described in this order. Plaintiff will be directed to cure the following if he wishes to pursue this appeal.

**(A)**   **Filing Fee**
       _X_     is not submitted

**(B)**   **Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24**:
       _X_     is not submitted
       ___     is missing affidavit

    __ is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
    __ is missing required financial information
    __ is missing an original signature by the prisoner
    __ is not on proper form (must use the court's current form)
    __ other_____

Accordingly, it is

ORDERED that Plaintiff cure the deficiencies designated above within 30 days from the date of this order. Any papers that Plaintiff filed in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that the Clerk of the Court mail to Plaintiff, together with a copy of this order, an original and one copy of the following forms: Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24. It is

FURTHER ORDERED that, if Plaintiff fails to cure the designated deficiencies within 30 days from the date of this order, the court of appeals will be so notified.

DATED at Denver, Colorado this __12th__ day of May, 2010.

BY THE COURT:

*[signature: Christine M. Arguello]*
_____
CHRISTINE M. ARGUELLO
United States District Judge

2