IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02729-CMA-MJW

TIMOTHY HATTEN,

Plaintiff,

v.

ISAAC FREEBORN,
MARNE BOYLE,
A. MERRITT,
B. CINK,
B. GREENWOOD,
E. REICHERT,
J.P. YOUNG,
RUSSELL DE GROOTE,
DR. JOHN DOE,
KEN EVERHART, and
GREGORY KIZZIAH,

Defendants.

## MINUTE ORDER

**Entered by Magistrate Judge Michael J. Watanabe**

It is hereby **ORDERED** that the Plaintiff's Motion for Reinstatement of Motion for Appointment of Counsel (Docket No. 74) is **denied without prejudice** for the reasons stated in this court's Minute Order of April 29, 2010 (Docket No. 45).

Date: October 1, 2010