FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB 18 2011

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

GREGORY C. LANGHAM
CLERK

Civil Action No. 09-cv-02729-CMA-MJW

TIMOTHY HATTEN,

     Plaintiff,

v.

ISAAC FREEBORN,
MARNE BOYLE,
A. MERRITT,
**B. GREENWOOD,**
J.P. YOUNG,
RUSSELL DeGROOTE,
DR. JOHN DOE,
B. CINK,
E. REICHERT,
KEN EVERHART, and
GREGORY KIZZIAH,

     Defendants.

---

## ORDER GRANTING SERVICE BY UNITED STATES MARSHAL

---

This cause is before the Court on its February 16, 2011 Order Granting In Part

and Denying In Part Plaintiff's Motion for the Court To Direct Service, wherein the Court

has granted Plaintiff's motion to direct service on Defendant Greenwood. It now is

ORDERED that, if appropriate, the Clerk shall attempt to obtain a waiver of

service from Defendant Greenwood. If unable to do so, the United States Marshal shall

serve a copy of the complaint, summons, order granting leave to proceed pursuant to

28 U.S.C. § 1915, and all other orders upon Defendant Greenwood. If appropriate, the

Marshal shall first attempt to obtain a waiver of service of these documents pursuant to

Fed. R. Civ. P. 4(d).  All costs of service shall be advanced by the United States.  It is

   FURTHER ORDERED that Defendant Greenwood or his counsel shall respond

to the complaint as provided for in the Federal Rules of Civil Procedure after service of

process on Defendant Greenwood.

   DATED:  February __17__, 2011

                                        BY THE COURT:

                                        _____
                                        CHRISTINE M. ARGUELLO
                                        United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 09-cv-02729-CMA-MJW

Timothy Hatten
Reg. No. 27993-004
USP - Lewisburg
PO Box 1000
Lewisburg, PA 17837

US Marshal Service
Service Clerk
Service forms for: B. Greenwood,

United States Attorney
District of Colorado
**DELIVERED ELECTRONICALLY**

United States Attorney General  - **CERTIFIED**
Room 5111, Main Justice Bldg.
10th and Constitution, N.W.
Washington, D.C.  20530

     I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to the United States Marshal Service for service of process on B. Greenwood; to United States Attorney General; and to the United States Attorney's Office: SECOND AMENDED COMPLAINT FILED 2/18/10, ORDER FILED 02/18/11, SUMMONS, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE  on February 18, 2011.

GREGORY C. LANGHAM, CLERK

By:_____
                 Deputy Clerk