IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02729-CMA-MJW

TIMOTHY HATTEN,

Plaintiff,

v.

ISAAC FREEBORN,
MARNE BOYLE,
A. MERRITT,
B. CINK,
B. GREENWOOD,
E. REICHERT,
J.P. YOUNG,
RUSSELL DE GROOTE,
DR. JOHN DOE,
KEN EVERHART, and
GREGORY KIZZIAH,

Defendants.

**MINUTE ORDER**

**Entered by Magistrate Judge Michael J. Watanabe**

     It is hereby ORDERED that the Plaintiff's Petition Requesting Order Granting Service of Summon [sic] on Defendant Russell DeGroote By The Court And/Or The United States Marshal Service (Docket No. 117) is denied based upon the findings, conclusions, and orders of Judge Arguello issued on February 16, 2011 (Docket No. 90), and March 11, 2011 (Docket No. 95).  Furthermore, the U.S. Marshal already attempted to serve DeGroote at his office in Pueblo but noted that the office was closed, and the residence in Pueblo was empty.  (Docket No. 37).  The court even attempted on more than one occasion to place a call to the telephone number provided by the plaintiff for DeGroote, and the calls did not go through.  Directing the U.S. Marshal to attempt service again at the Pueblo office would be futile and a waste of resources.

Date:  April 20, 2011