**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 09-cv-02729-CMA-MJW

TIMOTHY HATTEN,

    Plaintiff,

v.

ISAAC FREEBORN,
MARNE BOYLE,
A. MERRITT,
B. GREENWOOD,
J.P. YOUNG,
RUSSELL DeGROOTE,
DR. JOHN DOE,
B. CINK,
E. REICHERT,
KEN EVERHART, and
GREGORY KIZZIAH,

    Defendants.

## ORDER DENYING MOTION TO RECONSIDER

This matter is before the Court on Plaintiff's Motion for Reconsideration, filed on May 19, 2011. (Doc. # 137.) Plaintiff requests that the Court reconsider its April 29, 2011 Order (Doc. # 127), dismissing Plaintiff's claims against Defendant Greenwood for failing to serve Defendant Greenwood and dismissing the case. The Clerk of the Court entered final judgment on April 29, 2011. (Doc. # 128.)

A litigant subject to an adverse judgment, and who seeks reconsideration by the district court of that adverse judgment, may "file either a motion to alter or amend the judgment pursuant to Fed. R. Civ. P. 59(e) or a motion seeking relief from the judgment

pursuant to Fed. R. Civ. P. 60(b)." *Van Skiver v. United States*, 952 F.2d 1241, 1243 (10th Cir.1991). A motion to alter or amend the judgment must be filed within twenty eight days after the judgment is entered. *See* Fed. R. Civ. P. 59(e). The Court will consider Plaintiff's Motion to Reconsider pursuant to Rule 59(e) because it was filed within twenty-eight days after the Judgment was entered in this action on April 29, 2011.

The three major grounds that justify reconsideration are (1) an intervening change in controlling law; (2) the availability of new evidence; and (3) the need to correct clear error or prevent manifest injustice. *See Servants of the Paraclete v. Does*, 204 F.3d 1005, 1012 (10th Cir. 2000). A motion to reconsider is appropriate where the court has misapprehended the facts, a party's position, or the controlling law. *Id.* (citing *Van Skiver*, 952 F.2d at 1243).

In his Motion to Reconsider, Plaintiff asserts the same unsubstantiated claim that he set forth in his Response (Doc. # 125) to the Court's Order to Show Cause, namely that he has located B. Greenwood and she resides in Forrest City, Arkansas. For the reasons set forth in the Court's previous order (Doc. # 127), the Court is skeptical that Beatrice Greenwood is the same person as the B. Greenwood identified in Plaintiff's complaint. In any event, Plaintiff did not demonstrate good cause for his failure to timely serve B. Greenwood and he supplies no reason that the Court should now find otherwise. Accordingly, the Court denies Plaintiff's Motion to Reconsider its Order dismissing Plaintiff's claims against Defendant B. Greenwood. (Doc. # 127.)

The Court notes that Plaintiff has now filed five different motions for reconsideration, none of which have been found to have any merit. (Doc. ## 93, 96,

103, 109, 137.)  Pursuant to this Court's April 29, 2011, this case is closed.  The Court lacks jurisdiction to take any further action.

Accordingly, Plaintiff's Motion for Reconsideration (Doc. # 137) is DENIED.  It is FURTHER ORDERED that the Clerk of the Court shall refuse to accept any further filings from Plaintiff in this case.

DATED:  May 27, 2011.

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge